**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KATHRYN CIFELLI,**<br>Plaintiff,<br>*v.*<br>**THE SCHOOL DISTRICT OF PHILADELPHIA, et al.,**<br>Defendants. | **CIVIL ACTION**<br>**NO. 26-6079-KSM** |

**ORDER**

**AND NOW**, this 1st day of October, 2026, upon consideration of Plaintiff's Emergency Motion for Preliminary Injunction and Expedited Hearing (Doc. No. 8-1), Defendant's Opposition (Doc. No. 10), Plaintiff's Reply (Doc. No. 11), and following an Evidentiary Hearing held on September 29, 2026 before the Court (Doc. No. 15), and for the reasons stated on the record during the Evidentiary Hearing and further discussed in the accompanying memorandum, Plaintiff's Motion is **DENIED.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_______________________________
KAREN SPENCER MARSTON, J.